EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
CHRISTEN A. SPROULE (Cal. Bar 310120)
Assistant United States Attorney
Asset Forfeiture Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-4493
    Facsimile:  (213) 894-7177
    E-mail:  Christen.A.Sproule@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CV 16-7765 |
|     Plaintiff, | VERIFIED COMPLAINT FOR FORFEITURE |
|   vs. | |
| $35,000.00 IN U.S. CURRENCY AND $56,555.00 IN U.S. CURRENCY, | 21 U.S.C. § 881(a)(6) [F.B.I.] |
|     Defendants. | |

    The United States of America brings this claim against the defendants $35,000.00 in U.S. Currency and $56,555.00 in U.S. Currency, and alleges as follows:

## JURISDICTION AND VENUE

1. This is a civil forfeiture action brought pursuant to 21 U.S.C. § 881(a)(6).

2. This Court has jurisdiction over the matter under 28 U.S.C. §§ 1345 and 1355.

3. Venue lies in this District pursuant to 28 U.S.C. § 1395(a).

## PERSONS AND ENTITIES

4. The plaintiff is the United States of America.

5. The defendants are $35,000.00 in U.S. currency seized from Franklin Ulices Perez's ("Perez") person on or about January 19, 2016, by the California Highway Patrol ("CHP") and $56,555.00 in U.S. currency (collectively, the "defendant currency") seized on or about January 20, 2016, from Perez's residence in Lake Elsinore, California[1] by the Federal Bureau of Investigation ("FBI").

6. The defendant currency is currently in the custody of the United States Marshals Service in this District, where it shall remain subject to this Court's jurisdiction during the pendency of this action.

7. The interests of Perez and Deisey Rodriguez ("Rodriguez") may be adversely affected by these proceedings.

## EVIDENCE SUPPORTING FORFEITURE

8. On January 19, 2016, a CHP officer conducted a traffic stop of a 2004 silver Ford F-150 near the Balboa Avenue exit of the 1-15 freeway in San Diego. The officer received consent to search the Ford F-150 from the driver and sole occupant of the vehicle, Franklin Ulices Perez ("Perez"). Perez stated he had approximately $35,000 inside his jacket.

---

[1] Pursuant to Local Rule 5.2-1, only the city and state of the home address is listed.

9. Perez's jacket contained eleven individually wrapped and rubber-banded bundles of U.S. currency, totaling $35,000.00 in U.S. currency (*i.e.*, a portion of the defendant currency).

10. Perez told the officer that on January 18, 2016, he received a call from "Carlos Sanchez" ("Sanchez"), from Tijuana, Mexico. He said that Sanchez asked Perez to drive to Bell Gardens to pick up currency from a stranger and then drive the currency to Sanchez's aunt's house in Tijuana, Mexico. Perez said that he received a call later that same day from an unknown male directing him to a fast-food restaurant in Bell Gardens, California. Perez met the unknown male there and picked up the currency. Perez was given $300 as payment for picking up the currency and delivering it to Tijuana, Mexico.

11. Perez also told the officer that he had $35,000 at his residence, which he had earned from illegally selling marijuana. Perez stated that the currency was located in his bedroom underneath the bed. Perez stated he made approximately $6,000 per month selling marijuana. Perez stated that he resided at Lake Elsinore, California. Perez then gave consent to search his residence.

12. Perez was driven on January 20, 2016 to his residence by investigators where a consensual search was conducted. Investigators found currency under the bed inside two drawers that were connected to the bed frame. Additionally, there was currency found in the top drawer of the dresser in the bedroom. The total amount of U.S. currency seized from the bedroom was $56,555 (*i.e.*, the remainder of the defendant currency).

13. On or about January 21, 2016, an Orange County Sheriff's Department Officer and her trained narcotics detection dog Merit conducted an examination of the defendant currency. Merit gave a positive alert to the defendant currency, indicating the defendant currency had been recently contaminated or associated with the odor of one of more controlled substances.

14.     At the time of the alert, Merit was a sophisticated trained narcotics detection canine, who was certified by Scenturion K-9 Training and the California Narcotics Canine Association. As of the time of the alert, the canine had received training and testing in the detection of cocaine, methamphetamine, heroin, marijuana, and opium, and the canine alerts only to the scent of narcotics for which the canine is trained. The canine's training has included routinely checking both circulated and uncirculated currency to ensure that the canine does not alert to the actual odor of currency itself but instead to the odor of controlled substances on the currency.

15.     Based on the facts set forth above, plaintiff alleges that the defendant currency is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6) because the defendant currency was furnished or intended to be furnished in one or more exchanges for a controlled substance or listed chemical, represents or is traceable to proceeds of illegal narcotics trafficking, or was used or intended to be used to facilitate one or more exchanges of a controlled substance or listed chemical, in violation of 21 U.S.C. § 841 et seq.

WHEREFORE, plaintiff United States of America prays:

(a)     that due process issue to enforce the forfeiture of the defendant currency;

(b)     that due notice be given to all interested parties to appear and show cause why forfeiture should not be decreed;

(c)     that this Court decree forfeiture of the defendant currency to the United States of America for disposition according to law; and

(d) for such other and further relief as this Court may deem just and proper, together with the costs and disbursements of this action.

DATED: October 18, 2016

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

/s/*Christen A. Sproule*
CHRISTEN A. SPROULE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**VERIFICATION**

I, Philip J. Carson, hereby declare that:

1. I am a Special Agent with the Federal Bureau of Investigation and the case agent for the forfeiture matter entitled <u>United States of America v. $35,000.00 in U.S. Currency and $56,555.00 in U.S. Currency</u>.

2. I have read the above Verified Complaint for Forfeiture and know its contents. It is based upon my own personal knowledge and reports provided to me by other law enforcement agents.

3. Everything contained in the Complaint is true and correct, to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct. Executed October 18, 2016 in Orange, California.

PHILIP J. CARSON